# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on May 3, 2018

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 18-CR-093 (RCL)** |
| | : | |
| v. | : | |
| | : | |
| **BIJON BROWN,** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 751(a)** |
| Defendant. | : | **(Escape from Custody)** |
| | : | **18 U.S.C. § 922(g)(1)** |
| | : | **(Unlawful Possession of a Firearm and** |
| | : | **Ammunition by a Person Convicted of a** |
| | : | **Crime Punishable by Imprisonment for a** |
| | : | **Term Exceeding One Year)** |
| | : | **22 D.C. Code § 405(b) (2001 ed.)** |
| | : | **Assaulting, Resisting or Interfering with a** |
| | : | **Police Officer)** |
| | : | |
| | : | **FORFEITURE: 18 U.S.C. § 924(d),** |
| | : | **21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c)** |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about February 27, 2018, within the District of Columbia and elsewhere, **BIJON BROWN**, did knowingly escape from the custody at the Bureau of Prisons, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgement and commitment of the Superior Court for the District of Columbia upon conviction for the commission of Attempted Assault with a Dangerous Weapon, in violation of Title 22, District of Columbia Code, Sections 402 and 1803.

(**Escape from Custody**, in violation of Title 18, United States Code, Section 751(a))

## COUNT TWO

On or about April 17, 2018, within the District of Columbia, **BIJON BROWN**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the District of Columbia, Criminal Case Nos. 2015-CF3-03150, 2015-CF3-012786, and 2016-CF2-013747, did unlawfully and knowingly receive and possess a firearm, that is, a Glock 17, 9mm semi-automatic handgun, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THREE

On or about April 17, 2018, within the District of Columbia, **BIJON BROWN**, without justifiable and excusable cause, did assault, resist, oppose, impede, intimidate, and interfere with, Jose Vargas, a law enforcement officer operating in the District of Columbia, knowing Jose Vargas to be a police officer, while Jose Vargas was engaged in or on account of the performance of his official duties.

(**Assaulting, Resisting or Interfering with a Police Officer**, in violation of Title 22, District of Columbia Code, Section 405(b) (2001 ed.))

## FORFEITURE ALLEGATION

1.  Upon conviction of the offense alleged in Count Two of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or

used in the knowing commission of this offense, including but not limited to a Glock 17, 9mm semi-automatic handgun and 9mm ammunition.

    2.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.